# EXHIBIT 1

SUM-100

# SUMMONS
## (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*

TARGET, STORES

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

SHELLEY HART



FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)

FILED
SUPERIOR COURT
COUNTY OF SAN BERNARDINO
SAN BERNARDINO DISTRICT

OCT 03 2013

By _____ Deputy

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

The name and address of the court is:
*(El nombre y dirección de la corte es):* Superior Court of California
County of San Bernardino, 303 W. Third Street
San Bernardino, CA 92415

CASE NUMBER:
*(Número del Caso):* CIVDS1312086

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Shelly L. Zeise (SB#147973) 2900 Adams St., Ste. C130 Riverside, CA 92504 (951) 358-2305

DATE: ~~October 2, 2013~~ OCT 03 2013   Clerk, by   Maria Vega   , Deputy
*(Fecha)*                                *(Secretario)*                *(Adjunto)*

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*
3. ☒ on behalf of *(specify):* Target Stores
   under: ☐ CCP 416.10 (corporation)        ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation) ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
          ☐ other *(specify):*
4. ☒ by personal delivery on *(date):* 4-1-14

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
*www.courtinfo.ca.gov*

4-1-14  1:77 pm

4/3/2014                      000903261F0001                          6020140403001572

PLD-PI-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Shelly L. Zeise (SB#147973)<br>Law Offices of Shelly Zeise<br>200 Adams Street, Ste. C130<br>Riverside, CA 92504<br>TELEPHONE NO: 951-358-2305   FAX NO. (Optional):<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): Plaintiff-SHELLY HART | **FILED**<br>SUPERIOR COURT<br>COUNTY OF SAN BERNARDINO<br>SAN BERNARDINO DISTRICT<br><br>OCT 0 3 2013<br><br>By _____ Deputy |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF San Bernardino
 STREET ADDRESS: 303 W. Third Street
 MAILING ADDRESS:
 CITY AND ZIP CODE: San Bernardino, CA 92415
 BRANCH NAME: SAN BERNARDINO-CENTRAL BRANCH

PLAINTIFF: SHELLY HART

DEFENDANT: TARGET STORES

[✓] DOES 1 TO 50

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**
[ ] AMENDED (Number):
Type (check all that apply):
[ ] MOTOR VEHICLE   [✓] OTHER (specify): Premises Liability
[ ] Property Damage   [ ] Wrongful Death
[✓] Personal Injury   [ ] Other Damages (specify):

Hearing Date 4·4·14 at 8:30 Dept S3

Jurisdiction (check all that apply):
[ ] ACTION IS A LIMITED CIVIL CASE
  Amount demanded [ ] does not exceed $10,000
                  [ ] exceeds $10,000, but does not exceed $25,000
[✓] ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)
[ ] ACTION IS RECLASSIFIED by this amended complaint
  [ ] from limited to unlimited
  [ ] from unlimited to limited

CASE NUMBER: CIVDS1312086

1. Plaintiff (name or names): SHELLY HART
   alleges causes of action against defendant (name or names):
   TARGET STORES
2. This pleading, including attachments and exhibits, consists of the following number of pages:
3. Each plaintiff named above is a competent adult
   a. [ ] except plaintiff (name):
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity (describe):
      (3) [ ] a public entity (describe):
      (4) [ ] a minor [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [ ] other (specify):
      (5) [ ] other (specify):
   b. [ ] except plaintiff (name):
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity (describe):
      (3) [ ] a public entity (describe):
      (4) [ ] a minor [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [ ] other (specify):
      (5) [ ] other (specify):

[ ] Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Page 1 of 3

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001 [Rev. January 1, 2007]

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

PLD-PI-001

| SHORT TITLE: HART V. TARGET | CASE NUMBER: |
|---|---|

4. ☐ Plaintiff (name):
   is doing business under the fictitious name (specify):

   and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person
   a. ☑ except defendant (name): TARGET STORES
      (1) ☑ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):
      (4) ☐ a public entity (describe):
      (5) ☐ other (specify):

   c. ☐ except defendant (name):
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):
      (4) ☐ a public entity (describe):
      (5) ☐ other (specify):

   b. ☐ except defendant (name):
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):
      (4) ☐ a public entity (describe):
      (5) ☐ other (specify):

   d. ☐ except defendant (name):
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):
      (4) ☐ a public entity (describe):
      (5) ☐ other (specify):

   ☐ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.
   a. ☑ Doe defendants (specify Doe numbers): 1 to 25 _____ were the agents or employees of other named defendants and acted within the scope of that agency or employment.
   b. ☑ Doe defendants (specify Doe numbers): 26-50 _____ are persons whose capacities are unknown to plaintiff.

7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are (names):

8. This court is the proper court because
   a. ☐ at least one defendant now resides in its jurisdictional area.
   b. ☐ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. ☑ injury to person or damage to personal property occurred in its jurisdictional area.
   d. ☐ other (specify):

9. ☑ Plaintiff is required to comply with a claims statute, and
   a. ☑ has complied with applicable claims statutes, or
   b. ☐ is excused from complying because (specify):

PLD-PI-001

| SHORT TITLE: HART V. TARGET | CASE NUMBER: |
|---|---|

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached)*:
    a. ☐ Motor Vehicle
    b. ☑ General Negligence
    c. ☐ Intentional Tort
    d. ☐ Products Liability
    e. ☑ Premises Liability
    f. ☐ Other *(specify)*:

11. Plaintiff has suffered
    a. ☑ wage loss
    b. ☐ loss of use of property
    c. ☑ hospital and medical expenses
    d. ☑ general damage
    e. ☐ property damage
    f. ☑ loss of earning capacity
    g. ☐ other damage *(specify)*:

12. ☐ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
    a. ☐ listed in Attachment 12.
    b. ☐ as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. Plaintiff prays for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
    a. (1) ☑ compensatory damages
       (2) ☐ punitive damages
       The amount of damages is *(in cases for personal injury or wrongful death, you must check (1))*:
       (1) ☑ according to proof
       (2) ☐ in the amount of: $

15. ☑ The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers)*:
    PL-1, PL-2, GN-3

Date: October 2, 2013

Shelly L. Zeise (SB#147973)
(TYPE OR PRINT NAME)

▶ _____
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

PLD-PI-001 [Rev. January 1, 2007]     **COMPLAINT—Personal Injury, Property Damage, Wrongful Death**     Page 3 of 3

PLD-PI-001(4)

| SHORT TITLE: HART V. TARGET | CASE NUMBER: |
|---|---|

#1 _____ **CAUSE OF ACTION—Premises Liability**   Page __4__
   (number)

ATTACHMENT TO  [✓] Complaint   [ ] Cross - Complaint
*(Use a separate cause of action form for each cause of action.)*

Prem.L-1. Plaintiff *(name):* SHELLEY HART
   alleges the acts of defendants were the legal (proximate) cause of damages to plaintiff.
   On *(date):* October 7, 2011   plaintiff was injured on the following premises in the following
   fashion *(description of premises and circumstances of injury):*

   Plaintiff was working at TARGET for Boots as a cosmetic advisor. TARGET was previously advised of the broken drawer and negligently failed to repair it. TARGET owned, and neg. maintained the aisles and fixtures including the cabinets. TARGET had "notice" of the defect as they had taken a previous Incident Report. Defendant knew that a dangerous condition existed in their store and was a hazard to all guests, employees and lessees. Plaintiff sustained a serious low back and incurred medical bills and wage loss. She was also off work for 2 years.

Prem.L-2.  [✓] Count One—Negligence The defendants who negligently owned, maintained, managed and operated the described premises were *(names):*
   TARGET STORES

   [✓] Does 1 to 25

Prem.L-3.  [ ] Count Two—Willful Failure to Warn [Civil Code section 846] The defendant owners who willfully or maliciously failed to guard or warn against a dangerous condition, use, structure, or activity were *(names):*

   [ ] Does ___ to ___

   Plaintiff, a recreational user, was  [ ] an invited guest  [ ] a paying guest.

Prem.L-4.  [ ] Count Three—Dangerous Condition of Public Property The defendants who owned public property on which a dangerous condition existed were *(names):*

   [ ] Does ___ to ___

   a. [ ] The defendant public entity had  [ ] actual  [ ] constructive notice of the existence of the dangerous condition in sufficient time prior to the injury to have corrected it.
   b. [ ] The condition was created by employees of the defendant public entity.

Prem.L-5. a. [ ] Allegations about Other Defendants The defendants who were the agents and employees of the other defendants and acted within the scope of the agency were *(names):*

   [ ] Does ___ to ___

   b. [ ] The defendants who are liable to plaintiffs for other reasons and the reasons for their liability are
      [ ] described in attachment Prem.L-5.b  [ ] as follows *(names):*

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(4) [Rev. January 1, 2007]

**CAUSE OF ACTION—Premises Liability**

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

4/3/2014                000903261F0001                6020140403001572

PLD-PI-001(2)

| SHORT TITLE: HART V TARGET | CASE NUMBER: |
|---|---|

| #3 (number) | CAUSE OF ACTION—General Negligence | Page 5 |

ATTACHMENT TO ☑ Complaint ☐ Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

GN-1. Plaintiff *(name):* SHELLEY HART

alleges that defendant *(name):* TARGET STORES

☑ Does 1 to 25

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant negligently caused the damage to plaintiff
on *(date):* OCTOBER 7, 2013
at *(place):* TARGET STORES in Apple Valley, California

*(description of reasons for liability):*

Plaintiff SHELLEY HART was in the course and scope of her employment with BOOTS while working in the cosmetics department of TARGET STORES in Apple Valley on October 7, 2011. Plaintiff had previously tweaked her back while pulling out the same drawer earlier that year. She reported it to the Human Resources Manager and completed an Incident Report. She was assured it would be repaired by Target's maintenance department. Unbeknownest to Plaintiff, TARGET knowingly chose not to repair the 50 lb drawer whose component parts and plastic tract was broken. Due to Defendant's negligent ownership, management, operation and control of the premises and its fixtures, Plaintiff sustained serious injuries to her lumbar spine with radiculopathy into her lower extremities. Defendant had a duty to all guests, patrons and leesees to provide a safe shopping experience and safe work environment for all employees, subcontractors and lessees.

Defendant breached their duty of care by failing to repair or warn of the broken drawer. TARGET should have replaced, repaired or removed the defective drawer once it was identified as broken. TARGET acknowledged the defective and broken drawer and agreed to repair it accordingly. Defendant failed to comply with their own express policies and procedures. Defendant also knew that by not repairing or replacing the drawer, or to give "notice" or some warning of its condition, they created a dangerous condition.

As a result of their negligence, Plaintiff sustained a serious back injury and further incurred medical bills. She also is alleging wage loss for two years as well as loss of future earning capacity, Plaintiff cannot stand for an entire shift as required by her current position. The HARTFORD COMPANY has incurred medical expenses and temporary indemnity payments as a result of said injuries as well.

Page 1 of 1
Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(2) [Rev. January 1, 2007]

CAUSE OF ACTION—General Negligence

Code of Civil Procedure 425.12
www.courtinfo.ca.gov

4/3/2014          000903261F0001          6020140403001572