**SNYDER LAW, LLP**
**Sean R. Burnett (SB# 227952)**
**Jessica Farley (SB# 280123)**
420 South Fairview Avenue, Suite 102
Santa Barbara, California  93117
Telephone No.:  805.692.2800
Facsimile No.:   805.692.2801
sburnett@snyderlaw.com
jfarley@snyderlaw.com

JS-6

Attorneys for Defendant TARGET CORPORATION

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| SHELLEY HART,<br><br>            Plaintiff,<br><br>v.<br><br>TARGET STORES, and DOES 1 to 50,<br><br>            Defendants.<br>_____/ | Case No. EDCV14-00865 VAP (DTBx)<br><br>[San Bernardino County Superior Court Case No. CIVDS1312086]<br><br>**ORDER RE STIPULATION TO REMAND CASE TO SUPERIOR COURT**<br><br>[Stipulation filed concurrently] |

Good cause appearing therefor, the Court orders as follows:

1.     This matter shall be immediately remanded to the San Bernardino County Superior Court, where the parties to the Stipulation have agreed that plaintiff, SHELLEY HART, will not recover more than $74,999.00.

2.     All pending deadlines and hearings in this Court are vacated.

IT IS SO ORDERED.

Dated: August 21, 2014_____

_Virginia A. Phillips_

JUDGE OF THE DISTRICT COURT

1
**[PROPOSED] ORDER RE STIPULATION TO REMAND CASE TO SUPERIOR COURT**